

# DISTRICT OF COLUMBIA GOVERNMENT
## OFFICE OF RISK MANAGEMENT
### Tort Liability Division

Phillip A. Lattimore, III.
Acting Chief Risk Officer

March 24, 2011

Jeanett P. Henry, Attorney
8701 Georgia Ave. – Suite 403
Silver Spring, MD 20910

Claim Number: 1001871-000
Your Client: Kimberli Motley

Dear Ms. Henry:

This will acknowledge receipt of you notifying the Mayor of a claim against the District of Columbia. Your claim was received in the D.C. Office of Risk Management on March 14, 2011. Your claim notice will be recorded as received, but this claim should be file with the District of Columbia Office of Human Rights (OHR) and/or the Equal Employment Opportunity Commission (EEOC).

This claim will not be handled by the Office of Risk Management. Therefore as of the date of this letter, we will be closing our file.

Very truly yours,

Charlotte Fisher
Claims Specialist

WARNING: It is a crime to provide false or misleading information to the District Government, or to any department or agency thereof, any claim upon or against the District of Columbia, or any department or agency thereof, knowing such claim to be false, fictitious, or fraudulent. Such an act is subject to imprisonment not more than one year and assessed a fine of not more than $100,000 for each violation.

P's Ex. 1