Case 1:09-cv-00571-RLW Document 44-4 Filed 12/14/12 Page 1 of 2

 

## METROPOLITAN POLICE DEPARTMENT
### Homeland Security Bureau
Special Operations Division
Harbor Patrol

### MEMORANDUM

TO: Officer Hilliard Dean
Special Operations Division, Harbor Patrol

SUBJECT: Official Reprimand

This Official Reprimand is being issued to you as a result of negligence on your part that occurred on Wednesday, February 20, 2008.

Sergeant Mitchell Armstrong of this command conducted an investigation into your failure to respond to another member's radio request to meet you at the Harbor Patrol pier. After careful review, it was determined that you failed to respond in a timely manner even after you observed the member having difficulty in docking her vessel.

This disciplinary action is intended to be corrective in nature, and thus impress upon you the seriousness of this negligence on your part. In addition, you are further informed that per General Order 1202.1, Part I-C-3-b, this action shall be considered in performance and personnel assignment decision, and in deciding greater degrees of disciplinary actions for offenses committed within a three-year period. Additionally, receipt of three Official Reprimands within a two-year period shall subject you to an unsatisfactory performance of duty rating for your next rating period.

Accordingly, a copy of this Official Reprimand and the investigative report shall be placed in your unit personnel folder. It is incumbent upon you to exercise diligence in regards to the requests and needs of other members of the Department.

You shall indicate your acknowledgement of this report by affixing your signature as indicated.

James A. Crane
Commander
Special Operations Division

_____  _____  _____  _____
Officer Hilliard Dean    Date     Served by                Date

DC 10552

 

# METROPOLITAN POLICE DEPARTMENT
**Homeland Security Bureau**
Special Operations Division
Harbor Patrol

## MEMORANDUM

TO: Officer Robert Grooms
Harbor Patrol

SUBJECT: Official Reprimand

This Official Reprimand is being issued to you as a result of negligence on your part that occurred on Wednesday, February 20, 2008.

Sergeant Mitchell Armstrong of this command conducted an investigation into your failure to respond to another member's radio request to meet you at the Harbor Patrol pier. After careful review, it was determined that you failed to respond to the pier as requested, but responded to the Dock-Watch area first. You then failed to respond to the pier in a timely manner even after you observed the member having difficulty in docking her vessel.

This disciplinary action is intended to be corrective in nature, and thus impress upon you the seriousness of this negligence on your part. In addition, you are further informed that per General Order 1202.1, Part I-C-3-b, this action shall be considered in performance and personnel assignment decision, and in deciding greater degrees of disciplinary actions for offenses committed within a three-year period. Additionally, receipt of three Official Reprimands within a two-year period shall subject you to an unsatisfactory performance of duty rating for your next rating period.

Accordingly, a copy of this Official Reprimand and the investigative report shall be placed in your unit personnel folder. It is incumbent upon you to exercise diligence in regards to the requests and needs of other members of the Department.

You shall indicate your acknowledgement of this report by affixing your signature as indicated.

James A. Crane
Commander
Special Operations Division

_____   _____   _____   _____
Officer Robert Grooms    Date         Served by           Date

DC 10554