**From:** Poskus, Dale (MPD)
**Sent:** Wednesday, August 06, 2008 10:43 AM
**To:** Niepling, Paul (MPD); Armstrong, Mitchell (MPD); Blevins, Jeffrey (MPD)
**Subject:** FW: Training for Officer Motley

-----Original Message-----
From: Michael.L.Maiocco@uscg.mil [mailto:Michael.L.Maiocco@uscg.mil]
Sent: Wednesday, August 06, 2008 9:27 AM
To: Poskus, Dale (MPD)
Subject: RE: Training for Officer Motley

Mr. Poskus,

I think she did pretty good. She didn't seem to have any trouble handling the boat. I showed her a few different ways of mooring the boat and she did well with it. I also explained how trimming the engines and using the trim tabs work. It didn't look like the trim tab gauge was working so it's hard to tell if they are up or down before you come up to speed. If there's anything else we can do just let us know. Have a good day.

v/r

Michael Maiocco, BM2, USCG


-----Original Message-----
From: dale.poskus@dc.gov [mailto:dale.poskus@dc.gov]
Sent: Wednesday, August 06, 2008 6:05 AM
To: Maiocco, Michael L
Subject: RE: Training for Officer Motley

Michael,

Thanks for taking the time with Officer Motley the other day. How did she do? In your opinion is she ok to operate that vessel?

Dale

-----Original Message-----
From: Michael.L.Maiocco@uscg.mil [mailto:Michael.L.Maiocco@uscg.mil]
Sent: Wednesday, June 25, 2008 11:48 PM
To: Poskus, Dale (MPD)
Subject: RE: Training for Officer Motley

Sir,

Both weeks look good as of now. The week of Jul 14, I'm here that Mon, Tues, Fri, Sat and Sun. The week of Jul 28 I'm also here Mon, Tues, Fri, Sat and Sun. What kind of training did you have in mind? Did she want to come down to the station and use our boats or did you want her to practice on your boats? Whatever works best for you. I'm flexible.

v/r

Michael Maiocco, BM2, USCG


-----Original Message-----
From: dale.poskus@dc.gov [mailto:dale.poskus@dc.gov]
Sent: Wednesday, June 25, 2008 7:29 AM
 : Maiocco, Michael L
 ubject: Training for Officer Motley

1
DC 03186

EXHIBIT 3 Poskus
P's Ex. 5

I met you the other day at DC Harbor Patrol in ref. to the July 4th fireworks plan of operation. You mentioned that there may be some boat handling training available for one of our officers. If so, how does the week of July 15th or July 28th look? The officer is Kimberli Motley.

Thanks for any help,

Dale


Sgt. Dale Poskus

D.C. Harbor Patrol

550 Water Street, S.W.

Washington, D.C. 20024

Fax# 202 727-3663

Office# 202 727-4582

e safe, wear your PFD