```
From:       Blevins, Jeffrey (MPD)
Sent:       Wednesday, April 30, 2008 9:57 AM
To:         Niepling, Paul (MPD)
Subject:    RE:
```

Ok. I will get IS numbers for fail to obey orders. I don't know what she has. I am going to take photos of all her lockers. You coming in today?

Sent from my GoodLink synchronized handheld (www.good.com)

```
-----Original Message-----
From:       Niepling, Paul (MPD)
Sent: Wednesday, April 30, 2008 09:51 AM Eastern Standard Time
To:   Blevins, Jeffrey (MPD)
Subject:    RE:
```

Teat the same as any other officer. What in the world does she have in those lockers that she would need that many?

Lt Paul Niepling (Sent from my GoodLink Wireless)

```
-----Original Message-----
From:       Blevins, Jeffrey (MPD)
Sent: Wednesday, April 30, 2008 09:18 AM Eastern Standard Time
To:   Niepling, Paul (MPD)
Subject:    RE:
```

Officer Ivey failed to follow my orders and yours. She only cleaned out one locker after being told to clean out two.

Sent from my GoodLink synchronized handheld (www.good.com)

```
-----Original Message-----
From:       Niepling, Paul (MPD)
Sent: Tuesday, April 29, 2008 07:42 PM Eastern Standard Time
To:   Blevins, Jeffrey (MPD)
Subject:    RE:
```

Let her figure it out just like everyone else does. We can't hold her hand

Lt Paul Niepling (Sent from my GoodLink Wireless)

```
-----Original Message-----
From:       Blevins, Jeffrey (MPD)
Sent: Tuesday, April 29, 2008 07:14 PM Eastern Standard Time
To:   Niepling, Paul (MPD)
Subject:    FW:
```

Sent from my GoodLink synchronized handheld (www.good.com)

```
-----Original Message-----
From:       Ivey, Kimberli (MPD)
Sent: Tuesday, April 29, 2008 07:07 PM Eastern Standard Time
To:   Blevins, Jeffrey (MPD)
Cc:   Niepling, Paul (MPD)
Subject:
```

Sgt. Blevins,

so I can store the equipment that I have in my lockers. I was able to clear out one today. The equipment I have is for work and I would rather not take it home. Let me know.

Thanks,

Kim