# METROPOLITAN POLICE DEPARTMENT
## WASHINGTON, D.C.

P.D. 119 Rev

| | |
|---|---|
| 1. COMPLAINT NO. | |
| 2. NATURE OF INVESTIGATION: ADMINISTRATIVE | 3. UNIT FILE NO. |
| 4. STATEMENT OF: (Last, First, Middle) POSKUS, DALE | 5. DOB: ADULT    6. SEX: MALE |
| 7. HOME ADDRESS: N/A | 8. HOME PHONE |
| 9. EMPLOYMENT (Occupation and Location): SOD | 10. BUSINESS PHONE: 202-727-4582 |
| 11. LOCATION STATEMENT TAKEN: SOD HARBOR UNIT | |
| 12. NAME OF OFFICER TAKING STATEMENT (If other than block 18 include signature) | 13. DATE/TIME STARTED: 5-21-08 0630 |

### 14. STATEMENT

On Saturday, May 17, 2008, at about 1450 hours, while in the dock watch area of Harbor Patrol I was engaged in a conversation with Officer Rober Calligaro and Officer Dennis Hamel.

Officer Kimberli Motley approached, interrupted our conversation and asked me why are we so picky about people being late. (She had just finished a conversation in roll call with Lt. Niepling about her being revoked from the Expected Tardiness Program).

Officer Motley then while in front of Officer Calligaro and Officer Hamel stated " Sgt Poskus you were late last Saturday, you arrived at 7:00 and placed yourself on the book at 6:30".

Fact. I was on time. Actually, I arrived at 0618 hours. (see attached photo)

I take very seriously the false allegation made by Officer Motley towards me in front of the two officers. Her allegation is slanderous, hurtful and creates a hostile work environment. I would like to have this matter handled appropriately.

EXHIBIT 4
Poskus
3-10-10

### 15. I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES. D.C.

Signature of Person Giving Statement

| | |
|---|---|
| 16. DATE / TIME ENDED: 5-21-08 0645 | |
| 17. PAGE 1 OF 1 PAGE | |
| 18. OFFICER OBTAINING THE SIGNATURE IN BLOCK 15: | 19. PERSON WITNESSING THE SIGNATURE IN BLOCK 15: |

DC 00511

ATTACHMENT # 1     - P's Ex. 7