

## METROPOLITAN POLICE DEPARTMENT
Homeland Security Bureau
Special Operations Division
Harbor Patrol

July 22, 2008

### MEMORANDUM

TO:        Officer Kimberli Motley
            Harbor Patrol Unit

SUBJECT:   Written Directive

You are directed to remove all electronic devices from the women's locker room no later than 0800 hours on July 23, 2008. These devices pose a serious electrical hazard and interfere with access to the shower facility. The shower facility must be unobstructed to ensure quick access in cases of potential hazardous material exposure to members of the Harbor Patrol Unit.

Further, you are directed to remove the table, chair and various storage cabinets you have placed in the locker room. You may however, keep the one large metal cabinet in the locker room as long as it does not interfere with the passage way to the shower stall. All your departmentally issued equipment must be secured in a fashion consistent with departmental regulations.

This is your second written directive ordering you to remove this property. The last directive issued to you was given to you on February 15, 2007. (See attachment) There has been no change to this previous directive.

This directive shall remain in effect unless rescinded by myself or higher authority.

Paul Niepling
Lieutenant

Received by: _____
Date/Time: 7-22-08 / 19:33
Witnessed by: _____

DC 00500

Pl's Ex. 9

# MEMORANDUM

July 25, 2008

TO: Paul Niepling, Lieutenant
Harbor Patrol Unit

FROM: Officer Kimberli Motley
Harbor Patrol Unit

SUBJECT: Response to 7/22/08 Written Directive

Please note that as of today all electronic devices have been removed from the women's locker room as per your request. I would also like to bring your attention to the fact that back in February 2007, I did remove the items you requested me to remove as per your February 15, 2007 memorandum. However, please note that I presently do have a folding step ladder, due to my height, and a folding TV Tray which I use for holding equipment while I change. They do not interfere with the passage way to the shower stall and are not in any ones way.

I would like to ask for your guidance as to where I should place and secure the radio, radio charger, flashlight and flashlight charger. I have small children at home and find that I can not properly secure these items from them.

I hope that the same standards are being applied to the men in the men's locker room as to the placement of their electronic devices and personal equipment.

Last year I brought to your attention that someone had cut my cable line from my TV that I had on top of my locker in the locker room. The next day I also brought to your attention that someone entered the ladies locker room and took my police issued radio. When you found out that I was going to file a police report you told me you went into the ladies locker room and took my things. That's when you issued me the first written directive. I asked if I could keep my radio and a couple of other items in the locker room and you told me that I could. Therefore, I find it hard to believe that you would note that this is my second written directive ordering me to remove my property that has been in the locker room for 14 years.

Again this is just part of the continuing pattern of a hostile workplace environment and gender discrimination and retaliation aimed at me because of the previous E.E.O. complainants I have filed.