From:          James L. Brunson
               Contractor Officer Representatives (COR)
               National Geo-Spatial Intelligence Agency (NGA)
               Washington Navy Yard, Washington DC

Subject:       Officer Kimberly Motley (Letter of Reference)
               Metropolitan Police Department
               550 Walter Street SW, Washington DC 20024

To:            James Crane
               Commander of Special Operation Division (SOD)
               Metropolitan Police Department
               2310 L Street NW, Washington DC 20037

Date:          September 17, 2008

Dear Sir:

During the past 11 Months, I have had the opportunity to serve as the Contracting Officer Representative (COR) for The National Geo-Spatial Intelligence Agency (NGA) at the Washington Navy, Building 213. Part of my responsibilities is to management the current Memorandum of Agreement (MOA) with the Metropolitan Police Department (MPD) and NGA. During my tenure as COR, I have had the opportunity to observe members of MPD performing their duties outline in the Statement of Work that is required in MOU. Most recently, on September 3, 2008, an incident accrued at NGA "M" Street entry/exit gate which required assistance from the Metropolitan Police Department. A Black Male, approximately 6'4" 230lbs, was impeding pedestrians and NGA employees from walking on the sidewalk and entering/exiting the NGA facility. The individual appeared to be angry and irate as well as yelling obscenities at the NGA Armed Guards force and pedestrians on "M" Street. Because the incident accrued outside NGA facility, the NGA Security guards contacted MPD officer Motley for assistance. Officer Motley quick response and professional handling of the situation was impressive to all onlookers. In short order, Officer Motley was able to deescalate the situation and detain the irate suspect with no assistance.

The MPD officer's assigned to support NGA at Washington Navy Yard has been beneficial in providing added protection to the men and woman's that works at this facility. Their continued availability and quick response in handling potential threaten situation as well as providing assistance to our Armed Guards force, has been truly remarkable. Office Motley action exemplifies that professionalism which is so often overlook.



P's Ex. 10

Her ability to deescalate a potential dangerous situation typifies that of the men and women's of the Metropolitan Police Department.

The National Geo-Spatial Intelligence Agency standing security posture at the Washington Navy Yard **does not** permit access to the facility for unclear personnel. All unclear personnel to include members of MPD **must be** escorted whenever building access is required. Historically MPD officers have not use NGA facility for meals or personal use. In the content of the Statement of Work and the MOU, MPD officers are required use a NGA radio and stay within radio range to respond upon request for assistance. Again, historically and permissible, MPD officers has used the Harbor Division, First District office for Lunch Breaks and Bathroom breaks. The officers are permitted to use 6TH or 7TH District for refueling. This practice has been in affect throughout the contract with MPD. During the pass 11 months, there has been no indications of abuse of these practices by any MPD officer.

Again, as the manager for MPD contract with NGA, I would like to give my sincere gratitude for the support provided by the officers from MPD. If you have any questions, please feel free to contact James L. Brunson @ 202-284-6016

JAMES L. BRUNSON
COR,
National Geo-Spatial Intelligence Agency
Washington Navy Yard
Washington DC