*Noted 04/08/10*

## Special Operations Division

**METROPOLITAN POLICE**

April 7, 2010

### MEMORANDUM

TO: Assistant Chief of Police
Internal Affairs Bureau

THRU: Assistant Chief of Police
Homeland Security Bureau

THRU: Commander
Special Operations Division

THRU: Commanding Officer   *Concur                April 7, 2010*
Tactical Patrol Branch

SUBJECT: Preliminary Report Concerning Misconduct on the Part of Officer Kimberli Motley, Special Operations Division, Harbor Patrol

On March 2, 2010, at 0900 hours, Officer Kimberli Motley appeared in D.C. Superior Court, 500 Indiana Avenue, N.W., Room 4220, as the plaintiff in a Temporary Restraining Order hearing. Officer Motley appeared for the hearing in uniform, with her service weapon, in violation of General Order 701.01, Part VI-H-1-G, which states in part, "Members shall not carry their service weapon into any courtroom, hearing, or other room during proceedings in which they have a personal interest". This violation was reported by Ms. Linda Fabrie of the Harbor Patrol Unit.

Additionally, it was reported that while testifying under oath before the Judge, Officer Motley falsely denied the prior issuance of a Temporary Peace Order (TPO) against her in Prince George's County Maryland. In fact, a TPO was issued against Officer Motley by District Court of Maryland, on August 6, 2004 (Attachment #1). This violation was reported by Ms. Linda Fabrie of the Harbor Patrol Unit.

- P's Ex. 13

2

Because of the criminal nature of this incident, it is therefore recommended that this allegation of misconduct be forwarded to the Internal Affairs Bureau for investigation. Should you have any further questions, I can be contacted at (202) 727-4583.

Paul Niepling
Lieutenant
Special Operations Division

Attachment