# Revocation/Restoration of Police Powers and Notice of Duty and Pay Status

| 1. Type Of Report:<br>☑ Original<br>☐ Supplemental | 2. Incident Summary (IS) Nos. (If applicable):<br>DRB# 429-10 |
|---|---|

| 3. Member's Full Name (Last, First, Middle):<br>Motley, Kimberli D. | 4. Member's Rank:<br>Officer | 5. Member's Assignment:<br>SOD/Harbor Unit | 6. Member's Date of Appointment:<br>May 7, 1990 | 7. Member's CAD #:<br>4805 |
|---|---|---|---|---|

## PART I: NOTICE OF REVOCATION AND MEMBER'S ACKNOWLEDGEMENT

| 8. Date Member Revoked:<br>9/15/10 | 9. Time Member Revoked:<br>2045 hrs |
|---|---|

10. You are hereby notified that as of the date and time recorded above your police powers are revoked. You do not have the authority to perform any duty requiring the exercise of such powers **and** do not have the authority to carry a service weapon [i.e., any Metropolitan Police Department (MPD) issued firearm, authorized off-duty firearm, aerosol chemical spray dispenser, impact device, and MPD-issued specialized firearm that is carried or kept readily available] subject to the policies and procedures of the MPD and applicable laws, rules, and regulations.

11. Duty/Pay Status: Check (√) the appropriate duty/pay status. Record comments, where appropriate, in Part 11.k.

| √ | Duty/Pay Status | Member's Initials | √ | Duty/Pay Status | Member's Initials | √ | Duty/Pay Status | Member's Initials | √ |
|---|---|---|---|---|---|---|---|---|---|
|  | a. Administrative Leave With Pay |  |  | e. Limited Duty/Non-Contact |  |  | i. Disciplinary Suspension Without Pay (Record IS Numbers in Item 2) |  |  |
| ✓ | b. Non-Contact | KM |  | f. Sick Leave (30 Days or Fewer) |  |  |  |  |  |
|  | c. LWOP Exceeding 30 Consecutive Days |  |  | g. Extended Sick Leave (Sick Leave Exceeding 30 Consecutive Days) |  |  | j. Military Leave |  |  |
|  | d. Limited Duty |  |  | h. Indefinite Suspension Without Pay |  |  | k. Comments on Duty/Pay Status: |  |  |

12. **Member's Acknowledgement:** I understand that because of this revocation of police powers:
- I do not have the authority to make an arrest or perform any duty requiring the exercise of police powers; my authority to carry a service weapon (per Part I.10 above) and my privilege to engage in outside employment and earn additional compensation (except for approved court appearances) are revoked; and I remain subject to all MPD policies and procedures.
- While on *Administrative Leave With Pay or Sick/Extended Sick Leave*, I shall travel no more than 25 miles from my residence of record or any other location where I am residing unless I submit a PD Form 358 (Request for Permission to Leave Area While on Sick/Extended Sick Leave and Administrative Leave With Pay) and the PD Form 358 is approved by the Assistant Chief, Professional Development Bureau (PDB).
- While on *Administrative Leave With Pay*, prior to leaving my residence/location for any period of time between 0800 and 1630 hours, Monday through Friday, excluding holidays, I shall contact an official of my current element to provide the reason for the departure, location to which responding, time departed, expected time of return, and any other information that would allow communication with me.
- While on *Sick Leave or Extended Sick Leave*, prior to leaving my residence/location <u>for non-medical reasons</u> for any period of time between 0800 and 1630 hours, Monday through Friday, excluding holidays, I shall submit an DC-SF 71 (Application For Leave) through my assigned Commanding Official, to the Assistant Chief, PDB for approval. When leaving for <u>medical reasons</u>, I shall follow the procedures above for *Administrative Leave With Pay* (i.e., contact an official of my element).
- Whenever in a non-pay status, and there are any cases pending before any court related to my performance of police duties, I have a responsibility as a witness until such cases are adjudicated.
- While on *Administrative Leave With Pay, Sick Leave, or Extended Sick Leave*, except if granted an exemption by the Police & Fire Clinic, I shall report to my assigned organizational element at least weekly.

| 13. Revoked Member's Signature:<br>X Kimberli Motley | 14. Date of Revoked Member's Signature:<br>9/15/10 |
|---|---|
| 15. Signature & CAD # of Official Serving Notice: Thomas A. Young 3973 | 16. Signature & CAD # of Witness: D. Williams 4084/K75 | 17. Member's Unit Notified (Official's Name/Rank/Date/CAD #) For Revocation of Members of Another Element: SGT Brett Williams/SGT/9/15/10/4082 |

## PART II: NOTICE OF RESTORATION AND MEMBER'S ACKNOWLEDGEMENT

| 18. Date Member Restored: | 19. Time Member Restored: |
|---|---|

20. I understand that effective the date and time recorded above, my authority to make an arrest and perform any duty requiring the exercise of police powers; my authority to carry a service weapon; and my privilege to engage in outside employment and earn additional compensation are fully restored. I further understand I am no longer subject to the restrictions listed in Part I.12 above.

| 21. Restored Member's Signature: | 22. Date of Restored Member's Signature: |
|---|---|
| 23. Signature & CAD # of Official Serving Notice: | 24. Signature & CAD # of Witness: | 25. Member's Unit Notified (Official's Name/Rank/Date/CAD #) For Restoration For Member of Another Element: |

Distribution: Original: Member; Copy: Initiating Unit, Member's Unit Personnel Folder & PDB/HRMD    Page 1 of 4

GO-OMA-120.24 (Revocation/Restoration of Police Powers)
Attachment A
Form 77 (Revocation/Restoration of Police Powers and Notice of Duty and Pay Status)
Revised May 19, 2010


Pl's Ex. 14

| | | | PART III: NOTIFICATIONS | | |
|---|---|---|---|---|---|
| | | | *NOTE: The revoking official shall make the below notifications.* | | |
| Unit | Date & Time Notified | Rank/Name/CAD # Official Notified | Unit | Date & Time Notified | Rank/Name Official /CAD # Notified |
| EOCOP | | | Member's Element/Unit | | |
| IAB | | | Information Technology | | |
| PDB/HRMD | | | CSB/FMD (Take Home Vehicle) | | |

### PART IV: REVOCATION PROCEDURES

1. Whenever a member's police powers are revoked, the revoking official shall prepare a PD Form 77 for service to the member. A Police & Fire Clinic (Clinic) official shall prepare and serve a PD Form 77 on a member whenever a member is revoked by a Clinic physician.
2. The revoking official shall complete Items 1 through 9 and 11 on page #1 of the PD Form 77.
3. The member shall enter his/her initials opposite the assigned duty status in Item 11, read Items 10 & 12, and sign and date in Items 13 & 14.
4. The revoking official and witness shall enter their signatures and the date in Items 15 and 16. Notifications are recorded in Part III.
5. The revoking official shall then complete Page #3 of the PD Form 77. All equipment listed in Item 31 in the member's possession at the time of revocation shall be surrendered to the revoking official and listed in Item 31. Members revoked for adverse conduct and felony arrests/indictments and placed in a non-pay status and not anticipated to return to duty within one calendar year shall surrender the additional equipment listed in Item 33 of the PD Form 77 at the time of revocation. The revoked member, revoking official, and witness shall enter their signatures opposite each item of equipment surrendered by the member. The revoking official shall ensure all other items of equipment that were not in the member's possession at the time of revocation are surrendered within 5 business days.
6. When a member is revoked by an official assigned to a different element, the revoking official shall notify an official of his/her command and enter the name of the official so notified in Item 17. An official of the member's element shall respond to the revoking element to take possession of the surrendered equipment and a copy of the PD Form 77 for placement in the member's unit personnel folder. If all equipment was not surrendered at the time of revocation, an official of the member's organizational element shall ensure the items of equipment are surrendered within 5 business days.
7. When a member returns to surrender equipment that was not in his/her possession at the time of revocation, the member shall present the equipment and his/her copy of the PD Form 77 to an official of his/her element. The receiving official shall enter the items of equipment on the member's copy of the PD Form 77 and the unit personnel folder copy. Each entry shall be certified by the revoked member, revoking official, and witness. The member's copy of the PD Form 77 shall be returned to the member and the unit personnel folder copy to the file.
8. The revoking official shall also complete Item 32 to indicate the relevant resource restrictions for the member.
9. One copy of the PD Form 77 shall be forwarded to the Human Resources Management Division (PDB/HRMD) electronic administrative mailbox.

### PART V: DUTY/PAY STATUS DEFINITIONS

a. **Administrative Leave with Pay:** Member has been removed from performance of all police duties with no loss of salary.
b. **Non-Contact:** Member has been assigned to an MPD element with restricted contact with members of the public without police powers and no loss of salary.
c. **Leave Without Pay (LWOP):** Member has been granted leave in a non-pay status exceeding 30 days by submitting a PD Form 654 (Request for Advanced Leave or Leave Without Pay) that has been approved by the Assistant Chief, Professional Development Bureau.
d. **Limited Duty:** Member, because of injury or other temporary medical disability, has been certified as capable of performing certain types of limited duty and has been assigned to an MPD element with no loss of salary.
e. **Limited Duty/Non-Contact:** Member has been placed in Limited Duty status in a position with restricted contact with members of the public with no loss of salary.
f. **Sick Leave:** Member has been placed by the Clinic on sick leave for a period of 30 days or fewer.
g. **Extended Sick Leave:** Member has been placed by the Clinic on sick leave for more than 30 days.
h. **Indefinite Suspension Without Pay:** Member is placed in a non-pay status without police powers pending resolution of an indictment or following a conviction. In accordance with the collective bargaining agreement, 30 business days from the date that the indictment is resolved, or the member is removed from a pay status in the case of a conviction the MPD shall restore the member to a pay status or issue notification of the charges and proposed action.
i. **Disciplinary Suspension Without Pay:** Temporary cessation of the pay and police powers of a member for a finite period of time as a penalty for a sustained adverse action as outlined in a Final Agency Action.
j. **Military Leave:** Member is serving in a branch of the U.S. military on full-time military duty for any duration with or without salary in accordance with applicable MPD and District Government policies and procedures.

**NOTE:** An "Original" PD Form 77 shall be prepared any time a revoked member's Duty/Pay Status changes as a result of a separate incident (e.g., a member on Limited Duty is placed on Administrative Leave With Pay pending an investigation of a separate matter.) The first "Original" PD Form 77 shall remain in effect. A "Supplemental" PD Form 77 shall be prepared any time a member's Duty/Pay Status changes as a result of the same incident (e.g., from Extended Sick Leave to Limited Duty after an injury). For these incidents, the "Original" PD Form 77 shall be considered void. In both cases, Item 11.k shall include a reference to the first PD Form 77. The "Original" or "Supplemental" PD Form 77 shall be provided to the member, one copy shall be retained by the initiating unit, one copy placed in the member's unit personnel folder, and one copy forwarded to the PDB/HRMD electronic administrative mailbox.

### PART VI: RESTORATION PROCEDURES

1. Whenever possible, restoration information shall be entered on the original PD Form 77 that was prepared to revoke the member and the copy that was placed in the member's unit personnel folder.
2. The restoring official shall enter the date and time restored in Items 18 and 19.
3. After the member has read Item 20 and entered his/her signature in Items 21 and 22, the restoring official and witness shall sign and date the form in Items 23 and 24. The restoring official shall complete Item 38 (and as appropriate Items 39 and 40) and ensure the listed equipment is returned. The restoring official, member, and witness shall sign and date the PD Form 77 opposite all restored items of equipment.
4. When a member is restored by an official assigned to a different element (e.g., Clinic or IAB), the restoring official shall prepare a "Supplemental" PD Form 77, notify an official of the member's element, and record the member's rank, name, and date of notification in Item 25. The restored member shall present his/her copy of PD Form 77 to an official of his/her element who shall ensure that all items of equipment listed on original PD Form 77 are returned to the member, and the proper dates and signatures recorded next to each item. The original "Supplemental" PD Form 77 shall be retained by the restored member and one copy placed in the member's unit personnel folder.

Distribution: Original: Member; Copy: Initiating Unit, Member's Unit Personnel Folder & PDB/HRMD                     Page 2 of 4

GO-OMA-120.24 (Revocation/Restoration of Police Powers)
Attachment A
PD Form 77 (Revocation/Restoration of Police Powers and Notice of Duty and Pay Status)
Revised May 19, 2010

5. When a member's equipment has been surrendered to a specialized unit (e.g., Property Division), the member shall present both the member and unit personnel folder copies of the PD Forms 77 to the unit. The restored member, returning unit staff member, and witness shall enter their signatures and date in the appropriate columns of Items 38/40. The member shall retain the original. Upon completion of the equipment restoration, the member shall return the unit personnel folder copy to the element. The element shall forward an electronic copy to the PDB/HRMD electronic administrative mailbox.

### PART VII: REVOCATION OF POLICE POWERS -- EQUIPMENT SURRENDER & ACCESS RESTRICTIONS

| 26. Member's Full Name (Last, First, Middle): | 27. Member's Rank: | 28. Member's Assignment: | 29. Member's CAD# | 30. Member's Revocation Date: |
|---|---|---|---|---|
| Motley, Kimbudi D. | Officer | SOD/Harbor Unit | 4805 | 9/15/10 |

**31. EQUIPMENT TO BE SURRENDERED: ALL REVOCATIONS** [Note: Revoking Official should check (√) all that apply.]

| ITEM | √ | Item Serial # or Quantity | Date Surrendered | Signature & CAD # Official Receiving Item | Signature & CAD # Witness | Signature & CAD # Member |
|---|---|---|---|---|---|---|
| Service Pistol | √ | MP2102DC | 9/15/10 | [signature] | [signature] | [signature] 4805 |
| Magazines (incl. Ammo count) | √ | 3 Magazines | 9/15/10 (51 Rounds) | [signature] 3973 | [signature] | [signature] |
| Badge | √ | 3781 | 9/15/10 | | | |
| Cap Plate | | 2781 | 9/15/10 | [signature] #3973 | [signature] | [signature] |
| ID Card/Folder * | √ | 4805 | 9/15/10 | [signature] #3973 | | |
| Police Radio | | | | | | |
| ASP | √ | 02 | 9/15/10 | [signature] #3973 | [signature] | Kimberli Motley 4805 |
| Aerosol Chemical Spray | | | | | | |
| Telecommunications Device (List): | | | | | | |
| Take Home Vehicle/Key | | | | | | |
| Other | | If checked, attach memo of explanation with required information and signatures. | | | | |

**32. RESTRICTED RESOURCES** (Note: Revoking official shall check (√) all that apply.)
NOTE: By initialing below, the revoked member acknowledges that access to the checked MPD resources is hereby revoked.

| Resource | √ | Member's Initials | Resource | √ | Member's Initials | Resource | √ | Member's Initials |
|---|---|---|---|---|---|---|---|---|
| MPD Facilities | | | DC Government E-Mail | | | Investigative Data Files & Systems | | |
| MPD Net | | | Law Enforcement Databases (e.g., Columbo, WALES, NCIC) | | | Other (List): | | |

**33. ADDITIONAL EQUIPMENT TO BE SURRENDERED:** REVOKED MEMBERS IN NON-PAY STATUS EXCEEDING 30 DAYS; MEMBERS REVOKED FOR ADVERSE CONDUCT AND FELONY ARRESTS/INDICTMENTS AND PLACED IN NON-PAY STATUS NOT EXPECTED NOT TO RETURN FOR ONE CALENDAR YEAR; AND MEMBERS AS DIRECTED BY IAB (Note: Official shall (√) check all that apply.)

| ITEM | √ | Item Serial # or Quantity | Date Surrendered | Signature & CAD # Official Receiving Item | Signature & CAD # Witness | Signature & CAD # Member |
|---|---|---|---|---|---|---|
| Uniform Shirt: Short sleeve | | | | | | |
| Uniform Shirt: Long Sleeve | | | | | | |
| Uniform Pants | | | | | | |
| Blouse | | | | | | |
| Uniform Hat | | | | | | |
| Uniform Ties | | | | | | |
| Sam Browne Belt | | | | | | |
| High Visibility Raincoat | | | | | | |
| Soft Body Armor | | | | | | |
| CDU Equipment | | | | | | |
| Bio Chem Gear | | | | | | |
| Other | | If checked, attach memo of explanation with required information and signatures. | | | | |

**NOTE:** Members of specialized units in possession of additional weapons/equipment beyond those listed in Item #31 above may be required to surrender the weapons/equipment at the time of revocation and 30 days later. The official receiving the weapons/equipment shall attach a memorandum of explanation containing the required information and signatures.

Distribution: Original: Member; Copy: Initiating Unit, Member's Unit Personnel Folder & PDB/HRMD                Page 3 of 4

GO-OMA-120.24 (Revocation/Restoration of Police Powers)
Attachment A
PD Form 77 (Revocation/Restoration of Police Powers and Notice of Duty and Pay Status)
Revised May 19, 2010

| PART VIII: RESTORATION OF POLICE POWERS -- EQUIPMENT RETURN |||||
|---|---|---|---|---|
| 34. Member's Full Name (Last, First, Middle): | 35. Member's Rank: | 36. Member's Assignment: | 37. Member's CAD# ||

**38. EQUIPMENT TO BE RETURNED -- ALL REVOCATIONS** (Note: Official shall check (√) all that apply.)

| ITEM | √ | Item Serial # or Quantity | Date Returned | Signature & CAD # Official Returning Item | Signature & CAD # Witness | Signature & CAD # Member |
|---|---|---|---|---|---|---|
| Service Pistol | | | | | | |
| Magazines (include Ammo count) | | | | | | |
| Badge | | | | | | |
| Cap Plate | | | | | | |
| ID Card/Folder * | | | | | | |
| Police Radio | | | | | | |
| ASP | | | | | | |
| Aerosol Chemical Spray | | | | | | |
| Telecommunications Device (List): | | | | | | |
| Take Home Vehicle/Key | | | | | | |
| Other | | If checked, attach memo of explanation with required information and signatures. |||||

**39. RESOURCE RESTORATION:** Revoking official shall check (√) all that apply.
NOTE: By initialing below, the revoked member acknowledges that access to the checked MPD resources is hereby restored.

| Resource | √ | Member's Initials | Resource | √ | Member's Initials | Resource | √ | Member's Initials |
|---|---|---|---|---|---|---|---|---|
| MPD Facilities | | | DC Government E-Mail | | | Investigative Data Files & Systems | | |
| MPD Net | | | Law Enforcement Databases (e.g. Columbo, WALES, NCIC) | | | Other (List): | | |

**40. ADDITIONAL EQUIPMENT TO BE RETURNED** (Note: Official shall check (√) all that apply.)

| ITEM | √ | Item Serial # or Quantity | Date Returned | Signature & CAD # Official Returning Item | Signature & CAD # Witness | Signature & CAD # Member |
|---|---|---|---|---|---|---|
| Uniform Shirt: Short Sleeve | | | | | | |
| Uniform Shirt: Long Sleeve | | | | | | |
| Uniform Pants | | | | | | |
| Blouse | | | | | | |
| Uniform Hat | | | | | | |
| Uniform Ties | | | | | | |
| Sam Browne Belt | | | | | | |
| High Visibility Raincoat | | | | | | |
| Soft Body Armor | | | | | | |
| CDU Equipment | | | | | | |
| Bio Chem Gear | | | | | | |

NOTE: Members of specialized units may have surrendered items of equipment in addition to those listed in Items 38 and 40. The official returning the equipment shall attach a memorandum of explanation containing the required information and signatures to this PD Form 77.

NOTE: FOR ADDITIONAL GUIDANCE, SEE GO-OMA-120.24 (REVOCATION/RESTORATION OF POLICE POWERS) WHICH IS AVAILABLE ON DIRECTIVES ONLINE ON THE MPD INTRANET.

Distribution: Original: Member; Copy: Initiating Unit, Member's Unit Personnel Folder & PDB/HRMD          Page 4 of 4

GO-OMA-120.24 (Revocation/Restoration of Police Powers)
Attachment A
PD Form 77 (Revocation/Restoration of Police Powers and Notice of Duty and Pay Status)
Revised May 19, 2010

GOVERNMENT OF THE DISTRICT OF COLUMBIA
**Metropolitan Police Department**
**Human Resource Management Division**

SEP 15 2010

DRD# 429-10
IS# 10-000926

**MEMORANDUM**

**TO:** Officer Kimberli Motley
Special Operations Division/Harbor Patrol Unit

**SUBJECT:** Notice of Proposed Adverse Action

As a result of your actions as described in the attached investigative report, the Department hereby charges you with the following misconduct:

**Charge No. 1:** Violation of General Order Series 120.21, Attachment A, Part A-7, which provides in part, "...or is deemed to have been involved in the commission of any act which would constitute a crime, whether or not a court record reflects a conviction. Members who are accused of criminal or quasi-criminal offenses shall promptly report, or have reported their involvement to their commanding officers."

Specification No. 1: In that, on March 2, 2010, you committed perjury during a civil proceeding of which you had personal interest. Specifically, while under oath, you were asked by Mr. Mark Howes, Attorney for Ms. Linda Fabrie, if you had filed any temporary restraining orders or protective orders in the state of Maryland, to which you replied "no." Mr. Howes also asked you if you knew a Brenda Washington, to which you replied "no." Your responses were later found to be false, therefore rendering your conduct an act of perjury in a court proceeding.

**Charge No. 2:** Violation of General Order 120.21, Attachment A, Part A-6, which reads, "Willfully and knowingly making an untruthful statement of any kind in any verbal or written report pertaining to his/her official duties as a Metropolitan Police Officer to, or in the presence of, any superior officer, or intended for the information of any superior officer, or making an untruthful statement before any court or any hearing."

MEMBER'S COPY

| | |
|---|---|
| Specification No. 1: | In that, on May 25, 2010, during your interview with Agent Dan Harrington of the Internal Affairs Division (IAD), you denied that you were Kimberli Ivey who filed a Temporary Peace Order in the state of Maryland in 2002. You responded falsely to Agent Harrington's query, when in fact in 2002, you were utilizing your married surname of Ivey. |
| **Charge No. 3:** | Violation of General Order 120.21, Attachment A, Part A-16, which states, "Failure to obey orders or directives issued by the Chief of Police." This misconduct is further specified in GO-PCA-701.01, Section O-3, which reads, "When members testify in civil litigation in a non-official capacity, while in an off-duty status, the members shall appear in civilian attire." |
| Specification No. 1: | In that, on March 2, 2010, while in an off-duty status and non-official capacity, you appeared in full uniform and testified at your hearing for a Temporary Protective Order (TPO). |
| **Charge No. 4:** | Violation of General Order 120.21, Attachment A, Part A-16, which states, "Failure to obey orders or directives issued by the Chief of Police." This misconduct is further specified in GO-PCA-701.01, Section H-3-g, which reads, "Members shall not carry their service weapon into any courtroom, hearing, or other room during proceedings in which they have a personal interest. Members are to secure their firearm prior to responding to court, or they may use a lock box located in the CLD while attending to personal matters in court. A personal interest shall be deemed to exist when the member is a party in his/her personal capacity, and when the member is a relative close personal friend of any party, or in any other case where such a relationship is found to exist at the discretion of the presiding Judge." |
| Specification No. 2: | In that, on March 2, 2010, you carried your service weapon into the Judge's chambers for a proceeding in which you had a personal interest. |

Having determined that you engaged in misconduct, I have weighed each of the relevant Douglas Factors for consideration in determining the appropriateness of the penalty and made the following conclusions:

1. **The nature and seriousness of the offense, and its relation to the employee's duties, position, and responsibilities, including whether the offense was intentional or technical or inadvertent, or was committed maliciously or for gain, or was frequently repeated;**