GOVERNMENT OF THE DISTRICT OF COLUMBIA
Metropolitan Police Department
Human Resource Management Division

SEP 05 2012

DRB# 197-12
IS# 12-000387

### MEMORANDUM

TO:  Officer Kimberlj Motley
     Fourth District

SUBJECT:  Final Notice of Adverse Action

Reference is made to the letter dated April 26, 2012, and received by you on April 26, 2012, wherein you were served with notice of proposal to terminate your employment as a member of the Metropolitan Police Department on charge(s) of:

**Charge No. 1:**  Violation of General Order 120.21, Part VIII, and Attachment A-8, which reads: "Inefficiency as evidenced by repeated and well-founded complaints from superior officers, or others, concerning the performance of police duty, or the neglect of duty. Three sustained Adverse Actions within a 12-month period upon charges involving misconduct, as provided in this section, shall be prima facie evidence of inefficiency. The Adverse Action charges need not be related."

**Charge No. 2:**  Violation of General Order 120.21, Part VIII, and Attachment A-14, which reads: "Neglect of duty to which assigned, or required by rules and regulations adopted by the Department.

You were informed of the reasons bringing about the charges and of your right to review and obtain copies of the material the department intended to use against you. This notice also informed you that a hearing panel consisting of Inspector Angel Medina, Captain Aubrey Mongal, and Captain Paul Shelton would hear the charges against you. You were later informed that Inspector Angel Medina, Captain Juanita Mitchell, and Captain Wilfredo Manlapaz would hear the charges. You were informed of the date of the scheduled adverse action hearing as well as your right to representation.

The hearing of the charges against you was held on July 17, 2012, where you were present and represented by counsel of your choice who made representations and arguments on your behalf. At the conclusion of the hearing, the Panel wrote the attached memorandum provided herewith for your information, detailing their findings, conclusions and recommendations.

### CONCLUSION

Based on a preponderance of evidence, the Panel unanimously made the following decisions relative to the cited charges and specifications against you:

|  | Decision | Penalty |
|---|---|---|
| **Charge No. 1, Specification No. 1:** | NOT GUILTY | No Penalty |
| **Charge No. 2, Specification No. 1:** | NOT GUILTY | No Penalty |

The Panel found you Not Guilty of all charges as outlined in the attached Findings and Recommendations. Upon consideration of the findings by the Panel and a review of the record, I conclude that there was not a preponderance of evidence to sustain the charge(s) against you as outlined in the Panel's attached Findings, Conclusions and Recommendations.

## DECISION

For the violation(s) which you have been found *not guilty*, you shall return to a full duty status. However, you have one adverse action matter (DRB# 421-12 / IS# 12-000928), pending a hearing. If at the conclusion of the adverse action proceeding, the charges brought against you are not sustained, you shall return to a full duty status. Therefore, you will remain in a non-contact status until the conclusion of the pending adverse action matter.

## APPEAL PROCEDURE

Upon receipt of this notice you may, within 10 days, appeal this action to the Chief of Police. An E-mail response is not acceptable. The Chief of Police will respond to your appeal within 15 days.

Upon receipt of the reply of the Chief of Police, which constitutes final agency action, you may request the Union to take your case to arbitration as provided in Article 19, Section E, of the Union contract. A demand for arbitration, signed by you, must be submitted by the Union on your behalf within 15 days of the decision of the Chief of Police. You also have a statutory right

to appeal your adverse action to the Office of Employee Appeals, should that agency have jurisdiction, within 30 days of the effective date of the agency's action. Your right to appeal to the Office of Employee Appeals is independent of your right to request that the Union demand arbitration. If the Union does demand arbitration on your behalf, however, arbitration is your exclusive remedy for appealing this action.

Union  
FOP Labor Committee  
1524 Pennsylvania Avenue, S.E.  
Washington, D.C. 20003  
(202)548-8300

Office of Employee Appeals  
1100 4th Street, S. W.  
Suite 620 East  
Washington, D.C. 20024  
(202)727-0004

**DRB 197-12 & IS# 12-000387**                    2

If you elect to appeal this action to the Chief of Police, imposition of the penalty will be held in abeyance pending her decision, which constitutes Final Agency Action. In the event you separate from the Department before satisfying your penalty, you may be subject to monetary penalties pursuant to *6 DCMR § 877*.

Diana Haines-Walton
Director
Human Resource Management Division

DRB 197-12 & IS# 12-000387                    3